```
IN RE:                                          CASE NO. 09-52788-S

LAWRENCE SCOTT MARTIN                           CHAPTER 7
JESSICA L. MARTIN
         Debtors                                REPORT OF DIVIDEND
                                                UNDER FIVE DOLLARS
```

FILED 2011 JAN 20 AM 9:29 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

    Harold A. Corzin, Trustee herein, reports that check #115 in the amount of $4.77 was issued on January 11, 2011 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

                                                                                           Amt. of Dividend

```
Claim #9      Summa Health System                         $    4.77
              Cuyahoga Falls General Hosp
              Patient Accounting
              PO Box 2090
              Akron, OH  44398-6153


TOTAL:                                                    $    4.77
```

                                                                        _____
                                                                       HAROLD A. CORZIN, TRUSTEE
                                                                       304 N. Cleveland-Massillon Rd.
                                                                       Akron, Ohio 44333
                                                                       (330) 670-0770

January 17, 2011

*[handwritten: ck # 115 / receipt # 82070]*